

MODI000151

| Last Name: | First Name: | Title: | Classificatio | Start/X-fer Date: | Terminated Date: | Prog Division: | Prog Dept: |
|---|---|---|---|---|---|---|---|
| Branham | Erin | DDS | Resident | 10/17/2005 | 9/30/2007 | Pediatric Dentistry | Dental Program |
| Robbins | Rebecca | DDS | Resident | 10/17/2005 | 10/5/2007 | Pediatric Dentistry | Dental Program |
| Jones | M. Brandon | DMD | Resident | 7/1/2005 | 6/30/2007 | Pediatric Dentistry | Dental Program |
| Scholzen | Jeremy | DMD | Resident | 7/1/2005 | 6/30/2007 | Pediatric Dentistry | Dental Program |
| Liu | Phillip | DDS | Resident | 7/1/2006 | 6/30/2008 | Pediatric Dentistry | Dental Program |
| Maciolek | Christy | DMD | Resident | 7/1/2006 | 6/30/2008 | Pediatric Dentistry | Dental Program |
| Ntragatakis | Miltiadis | DMD | Chief Res | 7/1/2006 | 6/30/2008 | Pediatric Dentistry | Dental Program |
| Stewart | Kathryn | DDS | Resident | 7/1/2006 | 6/30/2008 | Pediatric Dentistry | Dental Program |
| Flack | Marcie | DDS | Resident | 7/1/2007 | 6/30/2009 | Pediatric Dentistry | Dental Program |
| Hines | Mitzi | DDS | Resident | 7/1/2007 | 6/30/2009 | Pediatric Dentistry | Dental Program |
| Powell | Brent | DDS | Resident | 7/1/2007 | 6/30/2009 | Pediatric Dentistry | Dental Program |
| Tapp | Andrea | DMD | Resident | 7/1/2007 | 6/30/2009 | Pediatric Dentistry | Dental Program |
| Anderson | Ashley | DDS | Resident | 7/1/2008 | 6/30/2010 | Pediatric Dentistry | Dental Program |
| Mandelaris | Jason | DMD | Resident | 7/1/2008 | 6/30/2010 | Pediatric Dentistry | Dental Program |
| Paulus | Ashley | DDS | Resident | 7/1/2008 | 6/30/2010 | Pediatric Dentistry | Dental Program |
| Voss | Timothy | DDS | Resident | 7/1/2008 | 6/30/2010 | Pediatric Dentistry | Dental Program |
| Felton | Jean | DMD | Resident | 7/1/2009 | 6/30/2011 | Pediatric Dentistry | Dental Program |
| Gerstenmaier | John | DMD | Resident | 7/1/2009 | 6/30/2012 | Pediatric Dentistry | Dental Program |
| Price | Mindy | DDS | Resident | 7/1/2009 | 6/30/2011 | Pediatric Dentistry | Dental Program |
| Cunningham | Kari | DMD | Resident | 7/1/2010 | 6/30/2012 | Pediatric Dentistry | Dental Program |
| Davies | Tracy | DDS | Resident | 7/1/2010 | 6/30/2012 | Pediatric Dentistry | Dental Program |
| Goldberg | Rebecca | DDS | Resident | 7/1/2010 | 6/30/2012 | Pediatric Dentistry | Dental Program |
| Beard | Jacqueline | DMD | Resident | 7/1/2011 | 6/30/2013 | Pediatric Dentistry | Dental Program |
| Brannan | Clara | DDS | Resident | 7/1/2011 | 6/30/2013 | Pediatric Dentistry | Dental Program |
| Ferretti | Margaret | DMD | Resident | 7/1/2011 | 6/30/2013 | Pediatric Dentistry | Dental Program |
| Onesti | Trista | DDS | Resident | 7/1/2011 | 6/30/2013 | Pediatric Dentistry | Dental Program |
| Tamboli | Zenobia | DDS | Resident | 7/1/2011 | 6/30/2013 | Pediatric Dentistry | Dental Program |
| Bowlin | Kelly | DDS | Resident | 7/1/2012 | 6/30/2014 | Pediatric Dentistry | Dental Program |
| Stanfield | Stephen | DDS | Resident | 7/1/2012 | 6/30/2014 | Pediatric Dentistry | Dental Program |
| Walker | Bradley | DMD | Resident | 7/1/2012 | 6/30/2014 | Pediatric Dentistry | Dental Program |
| Wilkes | Freddie | DDS | Resident | 7/1/2012 | 6/30/2014 | Pediatric Dentistry | Dental Program |
| Willenberg | Danae | DMD | Resident | 7/1/2012 | 6/30/2014 | Pediatric Dentistry | Dental Program |