UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| SHREY A. MODI, ) | Case No. 1:14 CV 1220 |
| ) | |
| ) | JUDGE DONALD C. NUGENT |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER OF DISMISSAL |
| ) | |
| UNIVERSITY HOSPITALS ) | |
| CLEVELAND MEDICAL CENTER, et al., ) | |
| ) | |
| Defendants. ) | |

Parties have notified the Court that above captioned case has been dismissed with prejudice. Therefore, this case is dismissed with prejudice. Each party to bear its own costs and fees.

IT IS SO ORDERED.

_/s/Donald C. Nugent___
DONALD C. NUGENT
United States District Judge

DATE: _September 23, 2014__